**IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WOODLAND DRIVE LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:19-cv-00750-CJN |
| JAMES COURTOVICH, | ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S SURREPLY IN OPPOSITION
TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

In response to the Court's Order of October 31, 2019, and in support of Defendant James Courtovich's ("Defendant") Opposition to Plaintiff Woodland Drive LLC's ("Plaintiff) Motion For Default Judgment, Defendant provides the following information.  Defendant has been a resident of South Carolina since 2017.  *See* Attached Exhibit 1, Declaration of James Courtovich. He obtained his driver's license from South Carolina on February 2, 2017.  *See* Attached Exhibit 2.  His principal place of residence for state income tax was South Carolina in 2018, and it will be in 2019.  *See* Attached Exhibit 1, ¶ 2.  His automobile is registered in South Carolina, and he pays a property tax to the state on it.  *See* Attached Exhibit 3.

Further, in its reply, Plaintiff makes an assumption of fact that is not supported by the facts in this matter.  In its Reply at page 5, Plaintiff asserts that the fact "that Defendant Courtovich's counsel states…that **Defendant Courtovich** chose not to open the package does not…defeat service."  This is an incorrect statement.  In his opposition, through counsel, Defendant stated that **Mr. Zeleny** "did not know what was in the envelope and never looked at

what was inside the envelope," which is what Mr. Zeleny told Defendant's counsel.[1]  More importantly, Mr. Zeleny never gave the envelope to Defendant or even made him aware of it. *See* Attached Exhibit 1, ¶ 4.

WHEREFORE, Defendant respectfully requests that the Court deny Plaintiff's Motion For Default Judgment.

                                                Respectfully Submitted,

                                                */s/ Russell D. Duncan*
                                                Russell D. Duncan (DC Bar No. 366888)
                                                Alexander R. Green (DC Bar No. 1017781)
                                                Clark Hill PLC
                                                1001 Pennsylvania Avenue, N.W.
                                                Suite 1300 South
                                                Washington, DC 20004
                                                Telephone:   (202) 640-6657
                                                Facsimile:    (202) 552-2377
                                                Email:        rduncan@clarkhill.com
                                                                         agreen@clarkhill.com

---

[1] In its Reply, Plaintiff also states that a "copy of the service package was forwarded to his counsel…." Reply at 5.  However, what Plaintiff omits from this statement is that Defendant's counsel, who now represents him is this lawsuit, did not represent Defendant with respect to the lawsuit at that time, and told Plaintiff's counsel that he could not accept service of the Complaint because he had no authority to do so. Counsel had not then been engaged to represent Defendant in the lawsuit, and both his prior firm's rules and the best practices under the Maryland Bar rules require that counsel have an engagement letter prior to beginning a representation.  Defendant subsequently did engage counsel at his new firm to represent him in this matter.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of November, 2019, a true and correct copy of the above and foregoing *Defendant's Surreply In Opposition To Plaintiff's Motion For Default Judgment* was electronically filed with the Clerk of the Court through the CM/ECF system, which will send notice to the following counsel of record:

>Andrew N. Cook, Esq
>K&L Gates LLP
>1601 K Street, N.W.
>Washington, DC  20006

>*/s/ Russell D. Duncan*
>Russell D. Duncan