**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WOODLAND DRIVE LLC**<br>1209 Orange Street<br>Wilmington, DE  19801<br><br>        **Plaintiff,**<br><br>    v.<br><br>**JAMES COURTOVICH**<br>2900 Woodland Drive, N.W.<br>Washington, DC  20008<br><br>        **Defendant.** | Civil Action No. 1:19-cv-00750-RJL |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry of November 19, 2019 in the above referenced case, the parties Woodland Drive LLC and Defendant James Courtovich consent to this matter being referred to a United States Magistrate for non-binding mediation as recommended by the Court.

                         K&L GATES LLP

                         By   /s/ Andrew N. Cook
                              Andrew N. Cook (Bar No. 416199)
                              1601 K Street, N.W.
                              Washington, DC  20006
                              Telephone:    (202) 778-9106
                              Facsimile:      (202) 778-9100
                              Andrew.Cook@KLGates.com
                              *Counsel for Plaintiff*

- 2 -

        CLARK HILL PLC

        By   /s/ Russell D. Duncan
            Russell D. Duncan
            (Bar No. 366888)
            Alexander R. Green
            (Bar No. 1017781)
            1001 Pennsylvania Ave., N.W.
            Suite 1300 South
            Washington, DC  20004
            Telephone:   (202) 640-6657
            rduncan@clarkhill.com
            *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 3, 2019, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send an electronic notice of the filing to all registered participants as identified in the notice of electronic filing.

Dated:  December 3, 2019        Respectfully submitted,

        By   /s/ Andrew N. Cook
            Andrew N. Cook (Bar No. 05588)
            K&L Gates LLP
            1601 K Street, N.W.
            Washington, DC  20006
            Telephone:  (202) 778-9106
            Facsimile (202) 778-9100
            andrew.cook@klgates.com

        Attorneys for Plaintiff