| | |
|---|---|
| **Date:** | Thu, 4 Dec 2014 5:13:36 PM (UTC) |
| **Sent:** | Thu, 4 Dec 2014 5:13:35 PM (UTC) |
| **Subject:** | <no subject> |
| **From:** | Jim Courtovich <jimc@sphereconsulting.com> |
| **To:** | Simon Charlton <scharlton@ahalgosaibi.com>; |
| **Attachments:** | SGR 2015-2017 budget emailed 12.4.14.xlsx |

Simon,

Attached please find the estimated cash-flow for year one. As we discussed, the assumptions are based on the property being purchased. We budgeted a maximum of $1.75 million for the property that, as discussed, will be held as collateral. The remaining money, $2 million, will be used for salaries and operations for SGR.

Main points of the term sheets for your consideration are:

· Property will be in my name, not the company's, due to Federal Election Commission policies on entertainment of public officials. In order to meet that standard, it must be held personally. I will pledge that asset, as the owner of Sphere LLC, to the investor in SGR, the subsidiary company of Sphere. In effect, this will be a loan with an 8% ROI.

· The investment to back salaries and operations will be structured as a loan to minimize tax obligations and the rate will be set at 12%.

· The total investment will secure the investor 49% of SGR. 49% of the annual net income will be used to pay down the outstanding balance. The percentage of ownership will decrease as the balances are lowered, but upon full repayment the investor will retain a 25% stake of SGR.

· The goal is for SGR to achieve $10 million in annual revenue within the first 5 years, making it an attractive company to be purchased. The average sale for lobbying firms is 3 to 4x sales, so the target would be $35mm. Upon selling of the asset, the investor would receive their 25% share, less half of the interest paid for the loans.

Other matters such as governance, compliance and reporting:

· Sphere's CFO will provide monthly statements to investor and outside CPA will provide quarterly audited (limited) statements and annual full audited statements.

· Investor will remain a silent investor, but will be brought in for counsel on hiring of major employees.

The first location for operations will be Washington, DC. Within 6 months a second operation will be targeted for the Kingdom of Saudi Arabia, mainly seeking to help Saudi concerns in the U.S. At the end of year one, consideration will be given to expansion into the European Union.

Jim



EXHIBIT
2

CONFIDENTIAL
Exhibit A.1
Woodland0002135