| | |
|---|---|
| **Date:** | Fri, 18 Mar 2016 11:12:13 AM (UTC) |
| **Sent:** | Fri, 18 Mar 2016 11:11:59 AM (UTC) |
| **Subject:** | Re: SGR |
| **From:** | Jim Courtovich <jimc@sphereconsulting.com> |
| **To:** | Simon Charlton <scharlton@ahalgosaibi.com>; Graham Miller <graham@sphereconsulting.com>; |
| **CC:** | Brett Walter <bwalter@ahalgosaibi.com>; |

We are redoing the financials based on the restructuring the the payment of $1 million later this month. We are going to start to begin monthly payments close to the initial items outlined in the beginning. Clearly we did not expect the initial client who had a rather massive project for us to shoot himself in the head and that coupled with the slow-down in lobbying in general just around the time we launched. That said, though there will be initial delay in the client side, we have the ability get back on track and meet our terms in short order.

As for the signature on the house, we would like to wait just a few more months. We have cleared the hurdle of the cease order on the house based on neighbors complained that we were running a business out of there. We had the cease order pulled in a few days but still wanted to be careful, that is why I offered you to put a hold on woodland drive in the interim, so you could have your collateral and we could get past a small bump with the lovely neighbors of capitol hill. What we are doing is perfectly legal there, just want to get it all squared without making it into the washing on post.

---

**From:** Simon Charlton <scharlton@ahalgosaibi.com>
**Date:** Friday, March 18, 2016 at 6:37 AM
**To:** James Courtovich <jimc@sphereconsulting.com>, Graham Miller <graham@sphereconsulting.com>
**Cc:** Brett Walter <bwalter@ahalgosaibi.com>
**Subject:** SGR

Gents

I am going to have to report to my Board on the development of SGR.

I am checking my files and note the following.

Woodland has been incorporated but it does not yet have a security interest in the property. We do need to do this as a matter of urgency so could you advise how w move this forward.

I don't believe we ever had a countersigned MOU which is fine as we moved on to actual documentation.

I have copies of the following:

- Operating agreement SGR
- Member Control Agreement
- Security Agreement

Each of these I have signed on behalf of Woodland but I do not have anything countersigned by you. Is this something we can do?

We then need to deal with what is the way forward.

I won't get into it here but as we were when we invested a year ago we remain committed to and like this investment and want to pursue it and see it work.

The initial aim was to invest approximately half of the money in the property (clause 4.2.3) (ultimately a little more than that was invested which is fine) with the other half to be used for working Capital and either bringing in individuals or a team or buying an existing business. Obviously this has not happened.

In addition under the terms of the MOU and the agreements interest is due from inception at 8% per annum on the funds

CONFIDENTIAL

Exhibit A.12

**EXHIBIT**
17

Woodland0002797

invested in the real estate and 12% per annum on the balance (Clause 4.4). If we work of an equal split this is an average of 10% per annum or approximately US $400,000 per annum. Obviously none has been paid. I am happy to agree a waiving of interest up to the point when the house became operational as that would seem reasonable and we should have foreseen that. We need to agree an effective date and then how the interest shall be treated/accounted for and or paid.

Do we have financials as 31 December – is that the accounting year end date?

We then need to agree how we move forward and would appreciate your views on what the options are?

Best regards

Simon

**Simon Charlton**
Chief Restructuring Officer
Acting Chief Executive Officer
**Ahmad Hamad Al Gosaibi & Bros**
Mobile: + 966 55 677 0200
Dubai: + 971 50 712 4719
USA: +1 202 294 2640
scharlton@ahalgosaibi.com

This e-mail may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. In any event please consider the environment before printing.
Thank you.

CONFIDENTIAL    Exhibit A.12    Woodland0002798