Monday, January 23, 2023 at 11:27:13 Eastern Standard Time

Subject:    details of 4M
Date:    Friday, April 20, 2018 at 11:27:47 AM Eastern Daylight Time
From:    Kimberly Clark <kimberlyc@SphereConsulting.com>
To:    Jim Courtovich <jimc@SphereConsulting.com>
Attachments: 4M disbursements detail updated 4.20.18.pdf

Spreadsheet and detail of disbursements attached.

Thank you,
Kimberly

From: Jim Courtovich <jimc@sphereconsulting.com>
Date: Wednesday, April 18, 2018 at 4:15 PM
To: Kimberly Clark <kimberlyc@sphereconsulting.com>
Subject: <no subject>

Hello, I think we will need the details of where the money went, payroll, etc....

*James C Courtovich*
*Managing Partner*
Sphere Consulting LLC
*202-862-5590 o*
*202-436-1885 c*
www.sphereconsultinc.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm...."* - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
    Washington, DC  20002

Page 1 of 1


EXHIBIT
9

Exhibit B.1

CONFIDENTIAL

CTCH0000808

Exhibit B.1

Summary

James Gostowich
JC Wells Fargo 3972
Transaction Report
March 9, 2015 to March 31, 2018

| Date | Transaction Type | Name | Memo/Description | Amount | |
|---|---|---|---|---|---|
| 03/09/2015 | Deposit | C. Hoare and Co./ Lipman Karas LLP | deposit C. Hoare and Co./ Lipman Karas LLP | 4,000,000.00 | |
| 03/17/2015 | Check | Kass, Mitek & Kass | Bank originated debit | (55,000.00) | |
| 03/20/2015 | Check | Kass, Mitek & Kass | SRF# 0078595086674285 TRN#1503300044015 RFB# | (1,826,850.45) | |
| purchase 825 mass | | | | (1,881,850.45) | |
| 05/03/2016 | Transfer | | Transfer to Brk 4691 Ref # 160821476 | (1,500,000.00) | |
| 10/27/2016 | Transfer | | Transfer from Brk 4681 Ref # 161057201 | 1,470,836.01 | |
| 10/28/2016 | Transfer | | Transfer from Brk 4681 Ref # 161275214 | 1,558.91 | |
| 11/03/2016 | Transfer | | Transfer from Brk 4681 Ref # 161000455 | 3,700.03 | |
| jc wf investment account 10/26/2018 Jim closed account | | | | (14,907.65) | |
| 11/13/2015 | Transfer | | tx 200k jc wf 3972 to jc wf 0392 to pay bills | (200,000.00) | |
| 01/17/2016 | Transfer | | tx 55k jc wf 3972 to jc wf 0392 for bills | (55,000.00) | |
| 08/05/2016 | Transfer | | tx 20k jc wf 3972 to jc wf 0392 to cover bills | (20,000.00) | |
| 03/31/2017 | Transfer | | jc wf 3972 tx 10k to jc wf 1111 3.31.17 | (10,000.00) | |
| 05/26/2017 | Transfer | | jc wf 3972 10k tx jc wf 0392 5.26.17 for mortgage and bills | (10,000.00) | |
| jm wf 0392 and jm wf 1111 (joint acct) | | | | (295,000.00) | |
| 09/21/2015 | Transfer | | Transfer to Wells Fargo Sphere 5316 [illegible] | (600,000.00) | |
| 12/22/2015 | Transfer | | tx 200k jc mrs wf 3972 to sph wf 5316 to cover payroll, amex, ap bills | (200,000.00) | detail of disbursements attached |
| 02/16/2016 | Transfer | | tx 200k jc wf 3972 to sphere wf 5316 | (200,000.00) | detail of disbursements attached |
| 03/23/2016 | Transfer | | tx 100k jc wf 3972 to sphere wf 5316 | (100,000.00) | detail of disbursements attached |
| 03/22/2016 | Transfer | | tx 200k jc wf 3972 to sph wf 5316 | (200,000.00) | detail of disbursements attached |
| 04/13/2016 | Transfer | | tx 60k jc wf 3972 to sphere wf 5316 for bills | (60,000.00) | detail of disbursements attached |
| 04/18/2016 | Transfer | | tx jc 3973 to [illegible] | (230,000.00) | |
| 05/13/2016 | Transfer | | tx 140k from jc wf 3972 to sph wf 5316 for bills, payroll | (140,000.00) | detail of disbursements attached |
| 06/01/2016 | Transfer | | tx 25k from jc wf 3972 to sph wf 5316 to cover june rent | (25,000.00) | detail of disbursements attached |
| 08/10/2016 | Transfer | | tx 47k jc wf 3972 to sph wf 5308 to cover payroll | (47,000.00) | |
| 10/25/2016 | Transfer | | tx 50k from jc wf 3972 to sph wf 5316 to cover payroll and bills | (50,000.00) | detail of disbursements attached |
| 03/03/2017 | Expense | Online Transfer Sphere | ONLINE TRANSFER TO SPHERE CONSULTING LLC BUSINESS CHECKING XX | (50,000.00) | detail of disbursements attached |
| sphere / sgr operations - income taxes, payroll, rent, amex, vendor bills | | | | (2,008,000.00) | |
| 2015 | deposit | Wells Fargo | 2015 interest income - Wells Fargo 2015 Form 1099 INT | 1,262.47 | |
| 2016 | deposit | Wells Fargo | 2016 interest income - Wells Fargo 2016 Form 1099 INT | 429.01 | |
| 2017 | deposit | Wells Fargo | 2017 interest income - Wells Fargo 2017 Form 1099 INT | 11.40 | |
| 2018 | deposit | Wells Fargo | 2018 interest income to date - Wells Fargo 3.31.18 bank statement | 0.57 | |
| interest income | | | | 1,703.45 | |

JC Wells Fargo 3972 balance 3.31.18 — Wells Fargo 3.31.18 bank statement — 1,909.25

Summary

Exhibit B.1

Exhibit B.1



May 06, 2015

**Transaction Notice**

Account number ending in 4861



JAMES COURTOVICH
1775 EYE ST NW STE 410
WASHINGTON   DC   20006-2411

This notice confirms the following transaction(s) were recently made in your account based on your instructions. Please review the transaction(s) below. Thank you for the privilege of serving your investment needs.

| If this information is correct: | * No action is necessary. |
|---|---|
| If this information is incorrect: | * Call us at: 866-261-7436 |
| | * Write us at: Wells Fargo Advisors<br>Client Services<br>Attn: H0005-087<br>1 N. Jefferson Ave<br>St. Louis, MO 63103 |
| If you have general questions or need to make changes to your account: | * Please contact your Financial Advisor |

| Transaction Type | Start Date | End Date | Gross Dollar Amount/ Number of Shares | Frequency |
|---|---|---|---|---|
| New ACH Instruction | | | | |
| Bank Information | | Bank Name:   WELLS FARGO BANK, NA<br>ABA Number:  054001220<br>Account Number:  ******3972 | | |

| Transaction Type | Date | Description of Transaction | Net Dollar Amount/ Number of Shares |
|---|---|---|---|
| Electronic Funds Transfer | 05/06/2015 | ACH DIRECT WITHDRAWAL<br>TRACE # 000000006001459 | $1,500,000.00 |
| Payer Information | | Bank Name:   WELLS FARGO BANK, NA<br>ABA Number:  054001220<br>Account Number:  ******3972 | |

Wells Fargo Advisors, LLC, brokerage account(s) carried by First Clearing, LLC. Wells Fargo Advisors, LLC and First Clearing, LLC, Members FINRA/SIPC are separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

Investments and insurance products are:

| NOT FDIC-INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|

Exhibit B.1

Exhibit B.1

**Kimberly Clark**                          Monday, October 26, 2015 at 12:49:09 PM Eastern Daylight Time

Subject: RE: Closing Jim Courtovich's brokerage account

Date:    Monday, October 26, 2015 at 12:45:25 PM Eastern Daylight Time

From:    Shenan.Zimmermann@wellsfargo.com <Shenan.Zimmermann@wellsfargo.com>

To:      Kimberly Clark <kimberlyc@sphereconsulting.com>

CC:      ron.graft@wellsfargo.com <ron.graft@wellsfargo.com>, peter.zouzoulas@wellsfargo.com
         <peter.zouzoulas@wellsfargo.com>, Cecily.Bland@wellsfargo.com
         <Cecily.Bland@wellsfargo.com>, Jim Courtovich <jimc@sphereconsulting.com>

Thank you Kimberly.

**Shenandoah M. Zimmermann, CRPC ®**
Senior Registered Client Associate | Assistant Vice President
Wells Fargo Advisors, LLC | 1751 Pinnacle Drive 3rd Floor McLean, VA 22102
Direct 703-760-5803 | Toll-Free 800-777-3664 | Fax 703-760-6076 | R3075-030
shenan.zimmermann@wellsfargo.com

---

**From:** Kimberly Clark [mailto:kimberlyc@sphereconsulting.com]
**Sent:** Monday, October 26, 2015 12:40 PM
**To:** Zimmermann, Shenan
**Cc:** Graft, Ron; Zouzoulas, Peter; Bland, Cecily; Jim Courtovich
**Subject:** Re: Closing Jim Courtovich's brokerage account

Hi Shenan,

You can reach Mr. Courtovich on his cell at 202.436.1885. He also wants to transfer 500k from his brokerage account to his checking account ending in 5316.

Thank you,

Kimberly Clark, CPA
Controller
Sphere Consulting, LLC
1775 Eye Street, NW
Suite 410
Washington, DC 20006
Office 202-862-9810
Mobile 603-903-4604
www.sphereconsulting.com

---

**From:** "Shenan.Zimmermann@wellsfargo.com" <Shenan.Zimmermann@wellsfargo.com>
**Date:** Monday, October 26, 2015 at 12:36 PM

Page 1 of 3

Exhibit B.1

CTCH0000811

Exhibit B.1

To: Kimberly Clark <kimberlyc@sphereconsulting.com>
Cc: "ron.graft@wellsfargo.com" <ron.graft@wellsfargo.com>, "peter.zouzoulas@wellsfargo.com"
<peter.zouzoulas@wellsfargo.com>, Cecily Bland <cecily.bland@wellsfargo.com>
Subject: FW: Closing Jim Courtovich's brokerage account

Good afternoon, Kimberly –

I hope you are well.

I was forwarded this email and left Mr. Courtovich a message at his office.

Once I speak with him verbally I will be able to move forward.

Please let me know if you have any questions.

Thank you,
Shenan

**Shenandoah M. Zimmermann, CRPC ®**
Senior Registered Client Associate| Assistant Vice President
Wells Fargo Advisors, LLC | 1751 Pinnacle Drive 3rd Floor McLean, VA 22102
Direct 703-760-5803 | Toll-Free 800-777-3664 | Fax 703-760-6076 |R3075-030
shenan.zimmermann@wellsfargo.com

From: Kimberly Clark [mailto:kimberlyc@sphereconsulting.com]
Sent: Monday, October 26, 2015 12:15 PM
To: Bland, Cecily
Cc: Zouzoulas, Peter; Jim Courtovich
Subject: Closing Jim Courtovich's brokerage account

Hi Cecily,

Jim has asked that the brokerage account ending in 4881 please be closed.  Also, if you could please make visible online Jim's other checking account.  It would be the account from which $686k was transferred out on 9.21.15.

Thank you,

Kimberly Clark, CPA
Controller
Sphere Consulting, LLC
1775 Eye Street, NW
Suite 410
Washington, DC 20006
Office 202-862-9810
Mobile 603-903-4604
www.sphereconsulting.com

Page 2 of 3
A.2

Exhibit B.1

CONFIDENTIAL

CTCH0000812

Exhibit B.1

From: Jim Courtovich <jimc@sphereconsulting.com>
Date: Monday, October 26, 2015 at 12:05 PM
To: Kimberly Clark <kimberlyc@sphereconsulting.com>
Subject: Re: <no subject>

Well close the other brokerage account and move 500 out of that I am sure they will have to call me

---

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Monday, October 26, 2015 at 9:03 AM
To: James C <jimc@sphereconsulting.com>
Subject: Re: <no subject>

I'm not sure how much is left... I don't have access to that account.

Thank you,
Kimberly

---

From: Jim Courtovich <jimc@sphereconsulting.com>
Date: Monday, October 26, 2015 at 11:53 AM
To: Kimberly Clark <kimberlyc@sphereconsulting.com>
Subject: <no subject>

how much is left int that cash account we took the tax money from?  Take all of that and close that brokerage coount and take the remainder from there

---

ATTENTION: THIS E-MAIL MAY BE AN ADVERTISEMENT OR SOLICITATION FOR PRODUCTS AND SERVICES.

To unsubscribe from marketing e-mails from:
• An individual Wells Fargo Advisors financial advisor: Reply to one of his/her e-mails and type "Unsubscribe" in the subject line.
• Wells Fargo and its affiliates: Unsubscribe at https://www.wellsfargoadvisors.com/wells/wfa-unsubscribe

Neither of these actions will affect delivery of important service messages regarding your accounts that we may need to send you or preferences you may have previously set for other e-mail services.

For additional information regarding our electronic communication policies, visit http://wellsfargoadvisors.com/disclosures/email-disclosure.html.

Investments in securities and insurance products are:
NOT FDIC-INSURED/NO BANK-GUARANTEE/MAY LOSE VALUE

Investment professionals are registered representatives of Wells Fargo Advisors, LLC, a registered broker dealer and a separate non bank affiliate of Wells Fargo And Company
Member FINRA/SIPC, 1 North Jefferson, St. Louis, MO 63103

A.3

Exhibit B.1

CONFIDENTIAL

Exhibit B.1



10/27/2015

Change to Your
Investment Advisory
Program Account
Account ending in: 4881

JAMES COURTOVICH
1775 EYE ST NW STE 410
WASHINGTON DC 20006-2411

We appreciate you choosing us to help meet your unique investment needs. We are writing to make you aware that we have processed the request to remove your above-referenced account from your advisory program.

Please review the following information carefully and in its entirety.

| | |
|---|---|
| **Account status:** | • Your account is no longer enrolled in an advisory program, which employs an asset-based fee structure. |
| **Removal from your advisory program:** | • As a result, your account has been converted to a transactional brokerage account.<br>• Your account is no longer subject to an asset-based quarterly fee; instead your account is now subject to the usual and customary brokerage charges and fees. |
| **What you need to know:** | • There is no action required on your part.<br>• Your account number will not change.<br>• Your account is enrolled in Wells Fargo's Sweep Program. If this is an ERISA retirement account, all balances in the money market mutual fund have been transferred to the Bank Deposit Sweep. |
| **If you have questions:** | • Please contact your Financial Advisor.<br>• Please consult the "Termination" provisions of the advisory portion of your Client Agreement.<br>• For more information about the Bank Deposit Sweep, please see the Cash Sweep Program Disclosure Statement, which can be obtained by visiting wellsfargoadvisors.com/cashsweep. |

Thank you for the continued privilege of serving your investment needs.

Investment and Insurance Products:

| Not Insured by FDIC or any Federal Government Agency | May Lose Value | Not a Deposit of or Guaranteed by a Bank or any Bank Affiliate |
|---|---|---|

Wells Fargo Advisors, LLC is a registered broker-dealer and separate non-bank affiliate of Wells Fargo & Company.

589897 (Rev 01 - 07/15)                                                        4881

A.4

Exhibit B.1

CONFIDENTIAL                                                                        CTCH0000814

Exhibit B.1

Monday, January 23, 2023 at 17:37:07 Eastern Standard Time

Subject: to pay bills
Date:    Thursday, November 12, 2015 at 1:52:18 PM Eastern Standard Time
From:    Kimberly Clark <kimberlyc@SphereConsulting.com>
To:      Jim Courtovich <jimc@SphereConsulting.com>

I'm transferring 200k from the wf account (that the brokerage account money went to) to your wf to pay bills, below:

## Jim - Accts Payable
## November

| Vendor | Amount | due date |
|---|---|---|
| Hudson Studio 1450 | 474.60 | 12th |
| Hudson Studio 1513 | 5,973.01 | 12th |
| Qypsy Queens | 7,500.00 | 15th |
| Sandy Spring | 147,701.78 | 15th |
| DC 2010 | 19,896.00 | 15th |
| IRS 2013 monthly payment | 13,000.00 | 15th |
| Celebrity cleaners Woodland | 1,660.00 | 15th |
| Celebrity cleaners 625 Mass | 180.00 | 15th |
| Washington Gas - Woodland - 9482 | 137.68 | 15th |
| Pepco 625 Mass | 112.51 | 15th |
| Comcast Woodland | 76.95 | 16th |
| Comcast 625 Mass | 85.06 | 16th |
| Marriott Rewards Card (started 12.15) | 1,500.00 | 18th |
| Citi CC | 1,102.76 | 21st |
| | **199,400.35** | |

B.1

Page 1 of 1

Exhibit B.1

Exhibit B.1

Monday, January 23, 2023 at 17:37:51 Eastern Standard Time

Subject: I'm transferring 55k from your other wells fargo to pay bills

Date: Sunday, January 17, 2016 at 2:13:06 PM Eastern Standard Time

From: Kimberly Clark <kimberlyc@SphereConsulting.com>

To: Jim Courtovich <jimc@SphereConsulting.com>

## Jim - Accts Payable
## January 2016

| Vendor | Amount |
| --- | --- |
| Celebrity cleaners Woodland Dec | 1,920.00 |
| Celebrity cleaners Woodland | 1,620.00 |
| Celebrity cleaners 625 Mass | 180.00 |
| Comcast Woodland | 79.95 |
| Comcast 625 Mass | 105.71 |
| Woodland Mortgage - every two weeks, on Tuesday | 7,628.29 |
| Citi CC | 15,000.00 |
| Direct TV Woodland | 250.56 |
| Pepco - woodland | 424.12 |
| DC Water woodland | 148.11 |
| DC Water 625 Mass | 33.13 |
| Law Office Pam Rogers | 2,500.00 |
| Mark Spengler 10092 625 mass | 375.00 |
| Edgar Lopez | 3,275.00 |
| Green Gardens woodland 12831 | 481.43 |
| Green Gardens woodland 13274 | 1,787.44 |
| Christophers - Woodland | 2,850.00 |
| Chase CC | 8,000.00 |
| 625 Mass WF refi pyt | 7,090.59 |
| Tenleytown Trash - 625 Mass | 130.75 |
| Town and Country pools | 540.00 |
| St. Mathews | 200.00 |
| | **54,620.08** |

B.2

Page 1 of 2

Exhibit B.1

Exhibit B.1

Monday, January 23, 2023 at 17:38:17 Eastern Standard Time

**Subject:** I'm transferring 20k to your wells fargo for bills

**Date:** Thursday, June 9, 2016 at 10:17:57 AM Eastern Daylight Time

**From:** Kimberly Clark <kimberlyc@SphereConsulting.com>

**To:** Jim Courtovich <jimc@SphereConsulting.com>

I'm transferring it from the other wells fargo account. This is for the mortgage and credit card payments.

---

*Kimberly Clark, CPA*
Controller
Sphere Consulting LLC
*202-862-9810 o*
*603-903-4604 c*
www.sphereconsulting.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown: 1775 I Street, NW, Suite 410
Washington, DC 20006

Capitol Hill: 625 Massachusetts Avenue, NE
       Washington, DC 20002

B.3

Page 1 of 1

Exhibit B.1

CONFIDENTIAL                                                              CTCH0000817

Exhibit B.1

Subject: Re: I'm transferring 10k from sphere to your WF joint account
Date: Friday, March 31, 2017 at 7:01:09 PM Eastern Daylight Time
From: Kimberly Clark <kimberlyc@SphereConsulting.com>
To: Jim Courtovich <jimc@SphereConsulting.com>

Actually, I'm going to take the money from your other WF account. The Sphere bank account is kind of low.

Thank you,
Kimberly

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Friday, March 31, 2017 at 6:56 PM
To: Jim Courtovich <jimc@sphereconsulting.com>
Subject: I'm transferring 10k from sphere to your WF joint account

To cover the upcoming SC mortgage payment. Is Jeff going to be paying in to help with the household bills? I can send you a summary of what you've spent, if you like.

Thank you,
Kimberly

B.4

Exhibit B.1

CONFIDENTIAL

CTCH0000818

Exhibit B.1

Monday, January 23, 2023 at 17:39:01 Eastern Standard Time

**Subject:** I'm transferring 10k from your other wfargo for woodland mortgage, etc.

**Date:** Thursday, May 25, 2017 at 11:53:22 AM Eastern Daylight Time

**From:** Kimberly Clark <kimberlyc@SphereConsulting.com>

**To:** Jim Courtovich <jimc@SphereConsulting.com>

Thank you,
Kimberly

B.5

Exhibit B.1

CONFIDENTIAL                                   CTCH0000819

Exhibit B.1

Monday, January 23, 2023 at 10:28:37 Eastern Standard Time

Subject: Re: 2014 tax payment - change of plans
Date:    Monday, September 21, 2015 at 10:48:24 AM Eastern Daylight Time
From:    Kimberly Clark <kimberlyc@SphereConsulting.com>
To:      Jim Courtovich <jimc@SphereConsulting.com>

Will do.

Thank you,
Kimberly

From: Jim Courtovich <jimc@sphereconsulting.com>
Date: Monday, September 21, 2015 at 10:44 AM
To: Kimberly Clark <kimberlyc@sphereconsulting.com>
Subject: Re: 2014 tax payment - change of plans

Have him put it in a sphere account today

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Monday, September 21, 2015 at 10:18 AM
To: James C <jimc@sphereconsulting.com>
Subject: 2014 tax payment - change of plans

Hi Jim,

We need to send out the tax payment for 2014 today. However, with the papal visit this week, we shouldn't use US mail. I have a couple of suggestions:

- Ask Peter if they have a set up where they can wire the money to the IRS. (We don't have a wire set up with the IRS, but maybe Wells Fargo does?)

- Or, wire the money from that 800k account to one of the accounts for which I have checks on hand. That way I can mail out the tax payment from Louisiana and bypass DC.

Thank you,
Kimberly

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Friday, September 18, 2015 at 4:40 PM
To: ".Everyone" <Everyone@sphereconsulting.com>
Subject: US mail service disruption next week....

Please see attached letter from the USPS regarding service next week due to the papal visit.

Thank you,
Kimberly

C.1

Exhibit B.1

CONFIDENTIAL                                            CTCH0000820

Exhibit B.1

Monday, January 23, 2023 at 14:19:17 Eastern Standard Time

Subject:    2014 tax return
Date:       Thursday, September 17, 2015 at 2:17:01 PM Eastern Daylight Time
From:       Kimberly Clark <kimberlyc@SphereConsulting.com>
To:         Jim Courtovich <jimc@SphereConsulting.com>
Attachments: JC US Tax Return pages 1-2.pdf

Hi Jim,

I talked to Mary from our outside CPA firm. We need to pay balance due on the 2014 tax return $690k as soon as possible. However, we don't have enough cash flow in your Wells Fargo and the Sphere bank accounts to pull the 690k.

Once we've paid the 2014, Mary will call the IRS and get more time for the remaining 1M while we work on getting a loan.

I've attached excerpt from the 2014 tax return.

Thank you,
Kimberly

c,k.9

Page 1 of 1

Exhibit B.1

CONFIDENTIAL                                                    CTCH0000821

Exhibit B.1

Monday, January 23, 2023 at 14:17:18 Eastern Standard Time

Subject: income tax payments

Date: Monday, September 14, 2015 at 10:52:39 AM Eastern Daylight Time

From: Kimberly Clark <kimberlyc@SphereConsulting.com>

To: Jim Courtovich <jimc@SphereConsulting.com>

We will need to make income tax payments. For 2014 federal and estimated payments, etc. I'll let you know the amount.

Thank you,
Kimberly

Page 1 of 1

Exhibit B.1

Exhibit B.1

Monday, January 23, 2023 at 14:30:18 Eastern Standard Time

Subject: I'm transferring 200k from your other wells fargo acct to cover amex pyts, payroll, bills:

Date: Tuesday, December 22, 2015 at 9:01:20 AM Eastern Standard Time

From: Kimberly Clark <kimberlyc@SphereConsulting.com>

To: Jim Courtovich <jimc@SphereConsulting.com>

# Sphere
December

|  | Amount due date |
|---|---|
| 2015 Range Rover Lease | 3,195.31 22nd |
| BBT CC - auto pay | 811.00 22nd |
| Verizon Conferencing | 147.75 22nd |
| Great America Copier Contract M880 | 391.09 22nd |
| Conscious SPHREC1215 | 429.57 23rd |
| Conscious SPHLAB1015 | 178.75 23rd |
| AT&T4008 Jim mobility | 701.06 23rd |
| AMEX centurion | 60,466.60 23rd |
| Pro Shred | 47.00 24th |
| Pro Shred 100028117 | 47.00 24th |
| AMEX platinum | 25,126.86 25th |
| Designer Delivery 8463 | 40.00 27th |
| Sweet Teensy 12.16 | 2,385.00 30th |
| Sweet Teensy 12.18 | 554.70 30th |
| Total Quality Building Svcs Sept15 | 348.98 30th |
| Safeguard | 211.26 30th |
| Federal monthly inc tax pyts (2011, 2013, 2015) | 12,551.63 30th |
| Kastle | 139.59 30th |
| Rent - WRIT | 24,221.13 30th |
| Gem Laser 6040 | 136.45 30th |
| Gem Laser M880 | 488.48 30th |
| Humana | 250.53 30th |
| Carefirst | 6,940.96 30th |
| Guardian | 742.61 30th |
| Certify | 178.50 30th |
| payroll and taxes - 30th | 57,033.07 30th |
| expense reports - 30th | 5,563.73 30th |
| Sphere ATT - Alixandra's line | 147.64 30th |

203,476.47

Page 1 of 2

Exhibit B.1

CONFIDENTIAL

CTCH0000823

Exhibit B.1

Monday, January 23, 2023 at 14:36:09 Eastern Standard Time

**Subject:** I'm transferring 200k from your other Wells Fargo account to Sphere WF for bills, etc

**Date:** Thursday, February 18, 2016 at 4:20:10 PM Eastern Standard Time

**From:** Kimberly Clark <kimberlyc@SphereConsulting.com>

**To:** Jim Courtovich <jimc@SphereConsulting.com>

## Sphere
### February

| | Amount | due date |
|---|---|---|
| BBT CC - auto pay | 811.00 | 20th |
| Verizon Conferencing | 94.94 | 22nd |
| Great America Copier Contract M880 | 391.09 | 22nd |
| AT&T4008 Jim mobility | 822.50 | 23rd |
| AMEX centurion | 76,109.77 | 23rd |
| Pro Shred | 47.00 | 24th |
| AMEX platinum | 10,277.51 | 25th |
| Designer Delivery | 40.00 | 27th |
| Federal monthly inc tax pyts 2013 and 2015 | 12,551.63 | 30th |
| Kastle | 139.69 | 30th |
| Rent - WRIT | 24,221.13 | 30th |
| Gem Laser 6040 | 168.05 | 30th |
| Gem Laser M880 | 460.94 | 30th |
| Humana | 250.53 | 30th |
| Carefirst | 6,940.96 | 30th |
| Guardian | 788.25 | 30th |
| Certify | 178.50 | 30th |
| payroll and taxes - 30th | 57,033.07 | 30th |
| expense reports - 30th | 5,583.73 | 30th |
| Sphere ATT - Alixandre's line | 147.64 | 30th |
| | **197,037.86** | |

_Kimberly Clark, CPA_
_Controller_
_Sphere Consulting LLC_
_202-862-9810 o_
_603-903-4604 c_
_www.sphereconsulting.com_

"...*Sphere, a top Washington consulting firm.*" - Wall Street Journal

"...*Sphere Consulting, a top Washington public relations firm...*" - New York Times

Downtown: 1775 I Street, NW, Suite 410
Washington, DC 20006

Capitol Hill: 625 Massachusetts Avenue, NE
Washington, DC 20002

C.3

Page 1 of 1

Exhibit B.1

CONFIDENTIAL                    CTCH0000824

Exhibit B.1

Monday, January 23, 2023 at 16:27:04 Eastern Standard Time

**Subject:** transfer to Sphere Wells Fargo
**Date:** Tuesday, February 23, 2016 at 6:36:43 PM Eastern Standard Time
**From:** Kimberly Clark <kimberlyc@SphereConsulting.com>
**To:** Jim Courtovich <jimc@SphereConsulting.com>

Hi Jim,

I'm transferring 100k from your other Wells Fargo account to the Sphere Wells Fargo operating account. We have 125k in the operating account, and I need to pay bills, payroll, totaling 130k.

# Sphere
## February

|  | Amount |
|---|---|
| Lexis Nexis 16OP4K | 154.26 |
| DirecTV | 226.17 |
| Verizon Conferencing | 94.94 |
| Great America Copier Contract M880 | 391.09 |
| AT&T4008 Jim mobility | 822.50 |
| Pro Shred | 47.00 |
| Designer Delivery | 40.00 |
| Activist Insight | 4,950.00 |
| All Seasons Plumbing, Heating & A/C | 511.04 |
| Bloomberg | 1,570.39 |
| Conscious SPHLAB1215 | 601.25 |
| Conscious SPHREC0216 | 479.52 |
| Politico Pro | 11,283.53 |
| Safeguard | 300.68 |
| Shred It | 74.90 |
| Sweet Teensy | 159.00 |
| Federal monthly inc tax pyts 2013 and 2015 | 12,551.63 |
| Kastle | 139.59 |
| Rent - WRIT | 24,221.13 |
| Gem Laser 6040 - Dec | 118.80 |
| Gem Laser M880 - Dec | 460.94 |
| Gem Laser 6040 | 89.74 |
| Gem Laser M880 | 460.94 |
| Humana | 250.53 |
| Carefirst | 6,940.98 |
| Guardian | 742.61 |
| Certify | 169.00 |
| payroll and taxes - 30th | 57,033.07 |
| expense reports - 30th | 5,563.73 |
| Sphere ATT - Ailxandre's line | 147.64 |

C.4

Page 1 of 2

Exhibit B.1

CONFIDENTIAL

CTCH0000825

Case 1:19-cv-00750-CJN    Document 42-18    Filed 03/23/23    Page 36 of 66
Exhibit B.1

Total                              130,616.60

*Kimberly Clark, CPA*
Controller
Sphere Consulting LLC
*202-862-9810 o*
*603-903-4604 c*
www.sphereconsulting.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
    Washington, DC  20002

C.4a

Page 2 of 2

Exhibit B.1

CONFIDENTIAL

CTCH0000826

Exhibit B.1

Thursday, April 19, 2018 at 12:46:31 PM Eastern Daylight Time

Subject: I'm transferring 200K from your other wells fargo to sphere wells fargo for bills

Date: Tuesday, March 22, 2016 at 8:55:48 AM Eastern Daylight Time

From: Kimberly Clark

To: Jim Courtovich

Kimberly Clark, CPA
Controller
Sphere Consulting LLC
202-862-9810 o
603-903-4604 c
www.sphereconsulting.com

"...Sphere, a top Washington consulting firm." - Wall Street Journal

"...Sphere Consulting, a top Washington public relations firm..." - New York Times

Downtown: 1775 I Street, NW, Suite 410
Washington, DC 20006

Capitol Hill: 625 Massachusetts Avenue, NE
    Washington, DC 20002

C.5

Exhibit B.1

CONFIDENTIAL                                CTCH0000827

Exhibit B.1

**Sphere Consulting LLC**
**Transaction Report**
January - December 2016

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| Wells Fargo 5316 | | | | | | |
| | Transfer | | | tr 30k jc wf 3972 to sphere wf 5316 for bills | Owners Draw | 30,000.00 |
| 04/22/2016 | Bill Payment (Check) | 1068 | Washington Real Estate Investment Trust | | Accounts Payable | (34,536.93) rent |
| 04/22/2016 | Bill Payment (Check) | 4321 | Travelers | Insurance Expense | Accounts Payable | (1,544.50) insurance |
| 04/22/2016 | Bill Payment (Check) | 5066 | Conscious Networks | | Accounts Payable | (996.52) comp & int |
| 04/22/2016 | Bill Payment (Check) | 5037 | Hudson Studio | | Accounts Payable | (961.36) ofc supplies |
| 04/22/2016 | Bill Payment (Check) | 5069 | 925 Gem Lease Express LLC | | Accounts Payable | (582.24) r&m |
| 04/22/2016 | Bill Payment (Check) | 4321 | GreatAmerica Financial Svcs. | Rental Equipment Expense | Accounts Payable | (324.05) r&m |
| 04/22/2016 | Bill Payment (Check) | 6053 | Kastle Systems LLC | | Accounts Payable | (200.34) r&m |
| 04/22/2016 | Bill Payment (Check) | 5065 | Tek24 | | Accounts Payable | (354.50) r&m |
| 04/22/2016 | Bill Payment (Check) | 5070 | Certify, LLC | | Accounts Payable | (198.00) dues and subs |
| 04/22/2016 | Bill Payment (Check) | 4321 | LEXISNEXIS | | Accounts Payable | (184.26) dues and subs |
| 04/22/2016 | Bill Payment (Check) | 5064 | Pro Shred | | Accounts Payable | (47.05) r&m |
| 04/22/2016 | Check | 4321 | AMEX Platinum | amex plat pyt wf online | AMEX Platinum 1004 OFC 1069 | (30,752.03) amex |
| 04/22/2016 | Check | 4321 | AMEX Centurion | amex centurion paid online wf 5316 | AMEX Centurion 9302 | (8,766.39) amex |
| | | | | | | (118,771.18) |

Exhibit B.1

CTCH0000828

Exhibit B.1

Monday, January 23, 2023 at 16:58:03 Eastern Standard Time

**Subject:** Re: need 230k
**Date:** Monday, April 18, 2016 at 10:39:47 AM Eastern Daylight Time
**From:** Kimberly Clark <kimberlyc@SphereConsulting.com>
**To:** Jim Courtovich <jimc@SphereConsulting.com>

Thanks!

———

*Kimberly Clark, CPA*
Controller
Sphere Consulting LLC
*202-862-9810 o*
*603-903-4604 c*
www.sphereconsulting.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
   Washington, DC  20002

**From:** Jim Courtovich <jimc@sphereconsulting.com>
**Date:** Monday, April 18, 2016 at 10:38 AM
**To:** Kimberly Clark <kimberlyc@sphereconsulting.com>
**Subject:** Re: need 230k

ok

———
James C. Courtovich
Managing Partner .
Sphere Consulting LLC
*202-862-5520 o*
*202-436-1885 c*
www.sphereconsulting.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
Washington, DC  20002

**From:** Kimberly Clark
**Date:** Monday, April 18, 2016 at 10:36 AM

C. 🐝

Page 1 of 2

Exhibit B.1

CTCH0000820

Exhibit B.1

To: James Courtovich
Subject: need 230k

Is it okay if I transfer 230k from the other wells fargo account? 200k for your tax return extension and 30k for your bills.

Kimberly Clark, CPA
Controller
Sphere Consulting LLC
202-862-9810 o
603-903-4604 c
www.sphereconsulting.com

"...Sphere, a top Washington consulting firm." - Wall Street Journal

"...Sphere Consulting, a top Washington public relations firm..." - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
     Washington, DC  20002

---

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Saturday, April 16, 2016 at 12:12 PM
To: Jim Courtovich <jimc@sphereconsulting.com>
Subject: tax payment with extension

Hi Jim,

We need to pay something in with the extension.  About 200k.  When does the Cierco money come in?

Kimberly Clark, CPA
Controller
Sphere Consulting LLC
202-862-9810 o
603-903-4604 c
www.sphereconsulting.com

"...Sphere, a top Washington consulting firm." - Wall Street Journal

"...Sphere Consulting, a top Washington public relations firm..." - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
     Washington, DC  20002

C.7b

Page 2 of 2

Exhibit B.1

CTCH0000830

Exhibit B.1

Monday, January 23, 2023 at 16:58:35 Eastern Standard Time

Subject: FW: transfer to cover upcoming bills
Date:   Friday, April 15, 2016 at 12:58:07 PM Eastern Daylight Time
From:   Kimberly Clark <kimberlyc@SphereConsulting.com>
To:     Jim Courtovich <jimc@SphereConsulting.com>

Just following up on this...

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Thursday, April 14, 2016 at 9:18 AM
To: Jim Courtovich <jimc@sphereconsulting.com>
Subject: transfer to cover upcoming bills

Hi Jim,

Is it okay if I transfer 30k from the other wells fargo account to pay your upcoming bills?

## Jim - Accts Payable
## April 2016

| Vendor | Amount | due date |
|--------|--------|----------|
| Celebrity cleaners Woodland | 1,440.00 | 15th |
| Celebrity cleaners 625 Mass | 720.00 | 15th |
| DC parking - check for o/s tickets EW9161 and Porsche FC1367 | - | 15th |
| Pepco 625 Mass | 187.45 | 15th |
| Comcast Woodland | 79.95 | 16th |
| Comcast 625 Mass | 114.96 | 16th |
| Sweet Teensy 625 mass 3.16 sen grassley | 314.34 | 16th |
| DC Rental 3.17 625 mass march madness | 1,199.50 | 17h |
| Marriott Rewards Card | 220.00 | 19th |
| AIG auto | 69.00 | 20th |
| Washington Gas - Woodland - 9482 | 203.53 | 21st |
| Citi CC | 1,500.00 | 21st |
| Green Gardens 13546 | 352.15 | 24th |
| Green Gardens 13547 | 4,434.89 | 24th |
| Direct TV Woodland | 215.52 | 25th |
| Pepco - woodland | 514.73 | 25th |

C.9c

Page 1 of 2

Exhibit B.1

Exhibit B.1

| | | |
|---|---|---|
| Woodland Mortgage - every two weeks, on Tuesday | 7,628.29 | 26th |
| DC Water woodland | 177.96 | 27th |
| DC Water 625 Mass | 79.72 | 27th |
| Town and Country | 405.00 | 30th |
| Green Gardens 13453 | 63.45 | 30th |
| Green Gardens 625 mass, 13275 | 391.33 | 30th |
| Washington Gas - 625 Mass ac 9071 | 84.86 | 30th |
| Chase CC | 2,000.00 | 30th |
| 625 Mass WF refi pyt | 7,090.59 | 30th |
| Tenleytown Trash - 625 Mass | 130.75 | 30th |
| Met Club | - | 30th |
| St. Mathews | 200.00 | 30th |
| | **29,817.97** | |

*Kimberly Clark, CPA*
*Controller*
*Sphere Consulting LLC*
*202-862-9810 o*
*603-903-4504 c*
www.sphereconsulting.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown: 1775 I Street, NW, Suite 410
Washington, DC 20006

Capitol Hill: 625 Massachusetts Avenue, NE
Washington, DC 20002

C.34

Exhibit B.1

Exhibit B.1

Thursday, April 19, 2018 at 3:52:56 PM Eastern Daylight Time

Subject: Re: cash flow
Date: Friday, May 13, 2016 at 8:40:51 AM Eastern Daylight Time
From: Jim Courtovich
To: Kimberly Clark

k

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Friday, May 13, 2016 at 8:40 AM
To: James Courtovich <jimc@sphereconsulting.com>
Subject: Re: cash flow

Hi Jim,

May I transfer the 40k from the other wells fargo account?

*Kimberly Clark, CPA*
Controller
Sphere Consulting LLC
202-862-9810 o
603-903-4604 c
www.sphereconsulting.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown: 1775 I Street, NW, Suite 410
Washington, DC 20006

Capitol Hill: 625 Massachusetts Avenue, NE
    Washington, DC 20002

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Thursday, May 12, 2016 at 11:52 AM
To: Jim Courtovich <jimc@sphereconsulting.com>
Subject: FW: cash flow

Hi Jim,

Just following up on this.

*Kimberly Clark, CPA*
Controller
Sphere Consulting LLC
202-862-9810 o
603-903-4604 c
www.sphereconsulting.com

C.8q

Page 1 of 2

Exhibit B.1

Exhibit B.1

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
    Washington, DC  20002

---

From: Kimberly Clark <kimberlyc@sphereconsulting.com>
Date: Wednesday, May 11, 2016 at 4:27 PM
To: Jim Courtovich <jimc@sphereconsulting.com>
Subject: cash flow

Hi Jim,

We need 140k from the other wells fargo account to cover sphere bills, your bills and payroll.  That's going to leave only 214k in the other wells fargo account.

Did you send the Clercos the wiring instructions?

-- --- ---

*Kimberly Clark, CPA*
*Controller*
*Sphere Consulting LLC*
*202-862-9810 o*
*603-903-4604 c*
www.sphereconsulting.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
    Washington, DC  20002

C.8b

Page 2 of 2

Exhibit B.1

CONFIDENTIAL

Exhibit B.1

**Sphere Consulting LLC**
**Transaction Report**
January - December 2016

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|------|------------------|-----|------|-----------------|-------|--------|
| Wells Fargo 5316 | | | | | | |
| 05/12/2016 | Transfer | | | tx 140k jc wf 2272 to sph wf 5316 for bills, payroll | Owners Draw | 140,000.00 |
| 05/13/2016 | Transfer | | | tx 30k sph wf 5316 to jc wf 0332 for bills | Owners Draw | (30,000.00) owners draw |
| 05/17/2016 | Bill Payment (Check) | 51716 | Al Yamamah Press | | Accounts Payable | (17,472.00) advertising |
| 05/17/2016 | Bill Payment (Check) | 51710 | Al-Khaleejiah Advertising & Public Relat | | Accounts Payable | (10,227.74) advertising |
| 05/23/2016 | Bill Payment (Check) | 52016 | LEXISNEXIS | | Accounts Payable | (154.28) dues and subs |
| 05/29/2016 | Check | 52016 | AMEX Starwood | amex starwood pyt wf online | AMEX Starwood 3000 | (581.00) amex |
| 05/23/2016 | Bill Payment (Check) | 52316 | GreatAmerica Financial Svcs. | Rental Equipment Expense | Accounts Payable | (304.09) r&m |
| 05/23/2016 | Check | 52316 | AMEX Platinum | amex plat pyt wf online | AMEX Platinum 0001-CFC 1068 | (30,267.21) amex |
| 05/23/2016 | Check | 52316 | AMEX Centurion | amex centurion paid online wf 5316 | AMEX Centurion 2002 | (35,215.45) amex |
| 05/24/2016 | Bill Payment (Check) | 52446 | AT&T | | Accounts Payable | (693.41) telephone |
| 05/25/2016 | Bill Payment (Check) | 52516 | Verizon Conferencing | | Accounts Payable | (159.85) telephone |
| 05/25/2016 | Transfer | | | tx 45k sph wf 5316 to sph wf 5308 to cover payroll | WF 5308 | (45,000.00) payroll |
| | | | | | | (174,369.41) |

Exhibit B.1

CONFIDENTIAL

CTCH00000835

Exhibit B.1

Thursday, April 19, 2018 at 3:59:03 PM Eastern Daylight Time

**Subject:** rent payment
**Date:** Wednesday, June 1, 2016 at 11:04:51 AM Eastern Daylight Time
**From:** Kimberly Clark
**To:** Jim Courtovich

Just a head's up. I need to pay rent for the office, it's 25k, due by the 5th. I'm going to transfer 25k from the other wells fargo account so I can send out the check.

———

*Kimberly Clark, CPA*
Controller
Sphere Consulting LLC
*202-862-9810 o*
*603-903-4604 c*
www.sphereconsulting.com

*"...Sphere, a top Washington consulting firm."* - Wall Street Journal

*"...Sphere Consulting, a top Washington public relations firm..."* - New York Times

Downtown:  1775 I Street, NW, Suite 410
Washington, DC  20006

Capitol Hill:  625 Massachusetts Avenue, NE
   Washington, DC  20002

---

**From:** Kimberly Clark <kimberlyc@sphereconsulting.com>
**Date:** Wednesday, June 1, 2016 at 8:18 AM
**To:** Jim Courtovich <jimc@sphereconsulting.com>
**Subject:** <no subject>

Hi Jim,

Anything from the Cierco's?  We have cash flow for maybe one month, that is counting the other wells fargo money, and me putting off what bills I can.

Here are our receivables:

# Sphere Consulting LLC
# A/R Aging Summary
As of June 1, 2016

| | Current 1 - 30 | 31 - 60 | 61 - 90 | > 90 |
|---|---|---|---|---|

C.9

Exhibit B.1

Exhibit B.1

Thursday, April 19, 2018 at 4:03:42 PM Eastern Daylight Time

**Subject:** I'm transferring 47k from the other wells fargo for payroll
**Date:** Friday, June 10, 2016 at 9:30:20 AM Eastern Daylight Time
**From:** Kimberly Clark
**To:** Jim Courtovich

_Kimberly Clark, CPA_
Controller
Sphere Consulting LLC
202-862-5810 o
603-903-4604 c
www.sphereconsulting.com

"...*Sphere, a top Washington consulting firm.*" - Wall Street Journal

"...*Sphere Consulting, a top Washington public relations firm...*" - New York Times

Downtown: 1775 I Street, NW, Suite 410
Washington, DC 20006

Capitol Hill: 625 Massachusetts Avenue, NE
    Washington, DC 20002

C, 10

Page 1 of 1

Exhibit B.1

Exhibit B.1

Thursday, April 19, 2018 at 4:05:24 PM Eastern Daylight Time

Subject: cash flow
Date:    Tuesday, October 25, 2016 at 2:56:51 PM Eastern Daylight Time
From:    Kimberly Clark
To:      Jim Courtovich

Hi Jim,

I'm doing payroll tomorrow. With the bills that we have to pay (rent, etc) and the payroll, we will need another 50k. I'm transferring the 50k from your other wells fargo account to cover it.

Thank you,
Kimberly

C.11

Page 1 of 1

Exhibit B.1

Exhibit B.1

Monday, January 23, 2023 at 17:06:12 Eastern Standard Time

Subject: I'm transferring 50k from your other w fargo to the sphere account

Date: Thursday, February 2, 2017 at 6:18:43 PM Eastern Standard Time

From: Kimberly Clark <kimberlyc@SphereConsulting.com>

To: Jim Courtovich <jimc@SphereConsulting.com>

The Sphere account balance is down to 40k. That will leave the other w fargo account balance at 22k. I'm holding off on what bills I can. I've done all of the invoicing, so now we just wait for the client payments to come in.

Thank you,
Kimberly

C.12

Page 1 of 1

Exhibit B.1

Exhibit B.1

**Sphere Consulting LLC**
**Transaction Report**
January - March, 2017

| Date | Transaction Type | Num | Name | Name/Description | Split | Amount |
|------|-----------------|-----|------|-----------------|-------|--------|

Wells Fargo 5310

| Date | Transaction Type | Num | Name | Name/Description | Split | Amount |
|------|-----------------|-----|------|-----------------|-------|--------|
| 03/01/2017 | Transfer | | | ONLINE TRANSFER REF #IB29 BGXATORIDA1019B 20090201026EP 90005CHXX0 ON 03/02/17 | Current Dr-XX | 30,000.00 |
| 03/05/2017 | Bill Payment (Check) | 2267 | LEXINEXIS | | Accounts Payable | (391.53) dues and subs |
| 03/06/2017 | Bill Payment (Check) | CFCGS09 | LEXINEXIS | | Accounts Payable | (97.06) dues and subs |
| 03/06/2017 | Bill Payment (Check) | AEXS | AMEX Renewal | | Accounts Payable | (935.00) amex |
| 03/06/2017 | Expense | | | ONLINE REP DETAIL 6 849(283 - 683 | Other Expense/Bank Service Charges | (5.00) bank service charge |
| 03/06/2017 | Transfer | | | sphrsf 02/6 ix 42k sphrsf 03/06/23-17 | WF 5310 | (6,000.00) payroll |
| 03/10/2017 | Bill Payment (Check) | 2101 | DirectTV - Sphere | Account #87394919 | Accounts Payable | (278.00) cable |
| 03/15/2017 | Bill Payment (Check) | | Verizon Wireless 4043 | Paid on phone 2.11.17, conform # 007223662 | Accounts Payable | (705.71) telephone |
| 03/15/2017 | Bill Payment (Check) | | T Mobile | | Accounts Payable | (01.51) telephone |
| 03/16/2017 | Bill Payment (Check) | 2145 | Pepco - Office 2 | 6121 107 450 | Accounts Payable | (199.00) utilities |
| 03/16/2017 | Bill Payment (Check) | 2145 | Comcast - Office 2 | Auto Pay WF | Accounts Payable | (187.00) cable |
| 03/22/2017 | Bill Payment (Check) | 2201 | Guardmarka Financial Grp. | Auto Pay WF | Accounts Payable | (301.10) rent |
| 03/22/2017 | Check | 608 | Amanda Rivera | Accounts Rivera manual check 2.12.17 | Split | (988.46) payroll |
| 03/23/2017 | Bill Payment (Check) | 557176470506046 | AT&T | | Accounts Payable | (78.47) telephone |
| 03/23/2017 | Transfer | | | sphrsf 3115 8 ix sphrsf 3310 2.23 17 to sxxx pay ck | WF 5310 | (6,000.00) payroll |
| | | | | | | (36,654.70) |

Exhibit B.1

Exhibit B.1