

# Transcript of Simon Charlton

**Date:** January 26, 2023
**Case:** Woodland Drive, LLC -v- Courtovich

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - x

WOODLAND DRIVE LLC,          :

1209 Orange Street           :

Wilmington, DE 19801         :

        Plaintiff,     :   Civil Action No.:

v.                           :   1:19-cv-00750-RJL

JAMES COURTOVICH             :

2900 Woodland Drive, NW :

Washington, DC 20008         :

       Defendant.      :

- - - - - - - - - - - - - x

Deposition of SIMON CHARLTON

Washington, D.C.

January 26, 2023

4:53 p.m.

Job No.:  479204

Pages:  1 - 217

Transcribed by:  Molly Bugher

Exhibit C

security.  That's what I thought we were doing.

When was actual documentation signed?  I signed it pretty early on.  I couldn't tell you the date.  Mr. Courtovich didn't sign it.  I think you referenced a year later.  That's probably about right, maybe 14 months later.  Yeah, that's --

Q    Okay.  I just want to make sure that we're talking about the same thing.  So looking at Exhibit 1, it states that May 2014, Mr. Courtovich made a proposal.  That's when the proposal was made, correct?

A    Yeah.

Q    We can look later into the document, but I will tell you the document explains that money was sent to Mr. Courtovich on March 9, 2015.  Would you agree with that?

A    The money was sent to Mr. Courtovich in March 2015, yes.

Q    And the security agreement was signed or I'm sorry, the security agreement was executed in May 2016, correct?

Exhibit C

Transcript of Simon Charlton
January 26, 2023                                    42

A    I mean, I'm not entirely sure what executed means.

Q    Well, what does it mean to you?

A    That means you kill somebody.

Q    If you execute --

A    I don't think that's what this means.

Q    If you execute a document, what does that mean?

A    I mean, I could sign a document today. Somebody else could sign it in three weeks.  I don't know when the date of -- is the date of execution when I signed it?  When he signed it? When both people -- so I'm -- so legally I don't know.  Mr. Courtovich didn't sign the document until May 2016, that is correct.

Q    Okay.

A    Whether that means execution, I don't know.

Q    So if I were to engage in a business transaction with you in which we would agree to sell a car and buy a car, and I executed the document today -- or let's say -- let's even make

Exhibit C

a better analogy.  I executed it last December and then you executed it today.  Under those circumstances, when would the document at been executed from your understanding?

A    By one of us in December by one of us today.

Q    That's fair.

MR. COOK:  I mean, I'm just going to objects, legal conclusion.  I don't know if he knows the answer to that, but --

MR. DUNCAN:  I just want to get his understanding of what the term means because it has a meaning in business, right?  To execute a document has a meaning in business.

A    Is it a business term that I'm -- maybe it's a language thing.  In England I would say signed.  In America maybe you say execute.  Maybe we don't speak the same language.  I would sign a document.  People don't come to me and say can you execute this, please.  They say, can you sign it. And if I agree with that, I sign it.

Q    Was it Churchill who explained -- he

Exhibit C

said we were --

MR. COOK:  Yes, separated by a common language.

Q    Let's see if we can get some clarity. I'm going to hand to you now what's been marked as Exhibit 6.

(Exhibit 6 was marked for identification.)

A    Yeah.

Q    Do you recognize Exhibit 6?

A    I mean, I'm sure I've seen it before, yes.

Q    So let's for the record --

A    I couldn't tell you without looking at it what it said, but I'm sure I've seen it before.

Q    I can't tell you what I had for lunch yesterday.  So fair enough.

So the first page of the document, it's a -- it says begin forwarded message.  It's an email from Graham Miller to you, correct?

A    Correct.

Q    Who is Graham Miller?

Exhibit C

Transcript of Simon Charlton
January 26, 2023                                    45

A   Graham Miller is, or was an individual who worked at Sphere Consulting with Mr. Courtovich.  And I would say he was, aside from Mr. Courtovich, was one of the key employees at Spear who worked with me.  So I knew Mr. Miller very well.  And then he was -- we called him a consultant.  I don't know exactly what his title was at Sphere Consulting.

Q   Okay.  So we don't know what the top part of this document says.  It's been redacted for attorney-client privilege.  And that might have provided us some more information.  But looking at the document itself, Mr. Charlton, we can see that Mr. Miller is sending you some documents, correct?

A   Yeah, correct.

Q   And if you look to the rest of Exhibit 6, those appear to be the documents he sent you, correct?

A   I'm assuming whoever put it together attached the right documents, yes.

QIf you could, go to the -- I think it's

Exhibit C

the third clipped document.  And it will have the title, operating agreement.  Do you have that?

A    Yes, I do.

Q    Okay.  And it begins with the Bates number in the lower right hand corner, Woodland, 1700.

A    Yes, correct.

Q    And it's got arrows in front of it.

A    Yeah.

Q    If you go over to Woodland 1711, you will see a signature.

A    Yes.

Q    Do you recognize that signature?

A    I do, yes.

Q    Whose signature is it?

A    It is mine.

Q    Do you know when you signed this document?

A    Off the top of my head, no.  I could probably go back through my correspondence and find out.  But off my head, no, I don't remember.

Q    If you look at the first page of the

Exhibit C

document, it's entitled the operating agreement of SGR, correct?

A    Correct.

Q    And it says that the operating agreement of SGR is made and entered into as of this blank day of blank 2015 between Sphere Consulting LLC and Woodland Drive.  Do you see that?

A    I do, yes.

Q    And again, you signed this document, correct?

A    I did, yes.

Q    Would it be fair to say that you believe that you probably signed this document sometime in 2015?

A    It was sent to me in 2015.  So I assume I signed it before it was attached to this email. So yeah.  My recollection is sometime in 15.

Q    The document says -- I'm looking back at your signature line.  It says Woodland Drive LLC by you and then prints your name under.  And then as title, but that's blank.  Do you know what your title was at that time?

Exhibit C

Transcript of Simon Charlton
January 26, 2023                                                48

A     With respect to Woodland Drive?

Q     Yes.  I assume you signed it for Woodland Drive, and I assume there was the title you had.  So what was your title?

A     I don't remember that I had a title, which is probably why I left it blank.

Q     So again, this -- I'm not meaning to be critical.  I just want to understand.  So I never sign a document in which I don't have a date on the document.  That is personal preference.  This document doesn't have a date and this update attached to the signature.  Is that how you normally do -- execute these agreements?

A     My lawyers tell me all the time, don't date it because my understanding from my lawyers is I need to sign it, somebody else needs to sign it.  When it's both signed, they'll date it.  So they don't want me to put the date I signed it because they don't know when the other party is going to sign.  And it might be today, tomorrow, next week.  So the lawyers I deal with, they tell me don't sign it, we'll deal with the -- don't

Exhibit C

date it, sorry.  And they'll date it.

Q    Okay.  Is that what you think happened here then?  You were following the general lawyer's advice?

A    I don't know whether they --

MR. COOK:  Objection, privileged.

A    I don't know if they specifically said don't date it, but currently I wouldn't date it until -- you know I have a lawyer say date it or -- generally, no.  If it's a personal document that only requires my signature, just me, I'll sign and date.  But if it's multiple parties and they're trying to get signatures from multiple parties, then I gently wouldn't date it.

Q    Would you agree from this document is impossible for anyone to say when you dated this document?  Just from this document, looking at it.

A    When I signed it?

Q    Correct.

A    Just looking at this, yes.

Q    If you would then, go to the -- I believe it's the next document in the list.  It's

Exhibit C

Transcript of Simon Charlton
January 26, 2023                                      50

called the security agreement.  Do you see that?

A    I do.

Q    Okay.  And again, go to page 7 within 1720.

A    Yes.

Q    What is this document?

A    What is 1720 or --

Q    No, what is the document?  The security agreement?

A    It's a security agreement.

Q    And what does it relate to?

A    I won't give it a -- I'm not sure I could give you a legal --

Q    That's Mr. Cook's job.  You just tell me what --

A    My -- the security agreement, whether it's this one or --

Q    Just this one.  What is this agreement?

A    It is a -- effectively a promise to provide security.

Q    A promise by whom?

A    Mr. Courtovich.

Exhibit C

Q    At the time you signed this document, do you know whether Mr. Courtovich had also signed this document?

A    Sorry.  At the time that I signed it do I think that he had signed it?

Q    Correct.

A    When I signed it, I honestly don't know what I thought at that time.

Q    Now let's go back to Exhibit 1.

A    Yeah.

Q    And if you would, turn to the document at the back, which is labeled Exhibit 1 for that complaint which is also entitled the security agreement.

A    Okay.

Q    You would agree that the document, Exhibit 1, the security agreement, is part of the complaint, has a different date than the security agreement that we've just been talking about that's part of Exhibit 9?

A    A different year, yes.

Q    Do you know why that is?

Exhibit C

Transcript of Simon Charlton
January 26, 2023                                                52

A     I do, yes.

Q     Why?

A     Jim and I were very close.  I trusted him.  He was a part of a very small team of very trusted people who were dealing with extremely sensitive, confidential issues.  Jim and I agreed to do this deal.  I don't even think I hired attorneys.  He had attorneys.  And I knew one of them.  It was Ben Ginsberg who I met in 2012 on the Romney campaign and I knew Ben.  I knew his team.

They did the documents.  We didn't draft the documents.  We didn't draft the documents.  The documents were drafted.  I knew we were supposed to get security over the property that was going to be bought.  Documents were produced.  Documents would go backwards and forwards.  My general counsel, I know I had some of my Deloitte people who are working for us look at it.  I don't remember specifically engaging external counsel to look at it, but we had a lot of external counsel.  Again, we had multiple law firms.

Exhibit C

Transcript of Simon Charlton
January 26, 2023                                   53

The documents were produced and I signed it.  I assumed that Mr. Courtovich would sign it. When it became apparent that he hadn't, he actually told me, oh, I thought I had signed it. He obviously hadn't signed it, but he said he thought he had.  And I've been spent a lot of my time trying to get the documents finalized and to get him to sign it.  And it wasn't ultimately signed I think until -- by him until May '16. So --

Q    May 2016?

A    May 2016.  So by the time we eventually got around to him signing it, obviously it was a different year.  So the date would've been changed because he didn't sign it until much later.

Q    If you would, looking at Exhibit 1 to the complaint, you go to page 6 -- or page 5 of that exhibit.  You'll see a signature there.  Do you recognize that signature?

A    If you show me that piece of -- if you showed me that signature on a blank piece of paper, would I know that that was Mr. Courtovich?

Exhibit C

Transcript of Simon Charlton
January 26, 2023                                72

Woodland?

A    Correct, yeah.

Q    If you go back to page 1047, you wrote to him, "The money was invested by Plainsmen, and Isle of Man company, and the shareholders" -- I believe that next word should be "of that company, are not the Al Gosaibi family.  Brett can update Benny."  What are you telling him there?

A    That the money was invested -- well, the money into Woodland came from an account at our solicitors in London.  The investment was restructured to an offshore entity into a Delaware LLC.

Q    You say that the shareholders of that company are not the Al Gosaibi family.  Who are they?

A    The Ghamdi family.

Q    And who are -- who is that family?

A    The Ghamdis are married to a Al Gosaibi, but it's not the Al Gosaibi family.  I mean, the Al Gosaibi family is a very large family.  There are thousands of them.  Jim knew a specific branch

Exhibit C