UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WOODLAND DRIVE LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>JAMES COURTOVICH,<br><br>    *Defendant*. | Civil Action No. 1:19-cv-00750 (CJN) |

## ORDER

The Court previously entered a confessed judgment against Defendant James Courtovich in the amount of $4,000,000. *See* ECF 53. To help it execute on that judgment, Plaintiff sought to conduct an oral examination of and receive documents from Defendant. *See* ECF 62. The Court granted Plaintiff's motion and ordered Defendant to appear for an in-person hearing on February 26, 2025. *See* ECF 63. Defendant failed to appear at that hearing.

The Court now **ORDERS** Defendant to appear in Courtroom 17 at 1:30 PM on April 16, 2025, to show cause why he should not be subject to civil contempt sanctions for failing to appear at the February 26 hearing. If Defendant again fails to appear at the April 16 hearing, the Court may exercise its inherent power to enforce compliance with its lawful orders, including by issuing a bench warrant for Defendant's arrest and/or by imposing monetary sanctions on him. *See Armstrong v. Exec. Off. of the President*, 1 F.3d 1274, 1289 (D.C. Cir. 1993).

DATE: February 26, 2025

                                                          CARL J. NICHOLS
                                                          United States District Judge