UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WOODLAND DRIVE LLC | ) | |
| Judgment-Creditor, | ) | |
| v. | ) | Civil Action No. 1:19-cv-00750-CJN |
| JAMES COURTOVICH | ) | |
| Judgment-Debtor. | ) | |

**PLAINTIFF WOODLAND DRIVE, LLC'S NOTICE TO COURT**

Pursuant to this Court's Minute Order of June 9, 2025, Woodland Drive, LLC ("Woodland") forwarded via email the Court's Minute Order to James Courtovich at the following email addresses: jimc@SphereConsulting.com and jccourt@me.com on that date. In the Minute Order, the Court directed Courtovich to submit a response by June 27, 2025 as to why Courtovich should not be held in Contempt of Court for his repeated failures to follow the Court's Orders as to the documents requested by Plaintiff. True to form, Woodland has seen no response by Courtovich to the Court's Minute Order directive of June 9, 2025.

Woodland believes that only the severest of sanctions will move Judgment Debtor Courtovich to be responsive.

1

1600454757.1

Respectfully submitted,

*/s/ Andrew N. Cook*
Andrew N. Cook, Esq. (DC Bar No. 416199)
K&L Gates LLP
1601 K Street, N.W.
Washington, DC  20006
Telephone: (202) 778-9106
Facsimile: (202) 778-9100
Email: Andrew.Cook@KLGates.com

*Counsel for Plaintiff Woodland Drive LLC*

Date:  July 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, the foregoing document was mailed, first class, postage prepaid to Mr. James Courtovich, 2900 Woodland Drive, Washington, DC  20008.

Dated: July 7, 2025         Respectfully submitted,

By        /s/ Andrew N. Cook
Andrew N. Cook (Bar No. 416199)
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: (202) 778-9106
Facsimile (202) 778-9100
andrew.cook@klgates.com

Attorneys for Plaintiff