

Writs and Levies Department
MAC D1111-01A
PO Box 1416
Charlotte, NC 28201

December 19, 2025

Clerk, United States District Court
Clerk Of The Court
333 Constitution Avenue
Washington, DC 20001

Subject: Invalid Documents
        Date issued: November 18, 2025
        Legal order amount: $4,000,000.00
        Wells Fargo case number: 101636125
        Your reference number: 119CV00750
        Judgment debtor: JAMES COURTOVICH

Dear Clerk, United States District Court:

Recently we received the enclosed documents. We've reviewed and concluded we are unable to take any action at this time as applicable requirements were not met, including:

    Invalid Delivery Method

Please consult the applicable laws and submit a conforming legal order.

If you have questions, please call us at (800) 344-8170, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time. We accept all relay calls, including 711.

Thank you.

Legal Services
Writs and Levies Department

RECEIVED
Mailroom

DEC 2 9 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

    Dear Writ Department, On November 21, 2025, I had served upon Wells Fargo
Bank the attached Writ of Attachment to freeze all accounts of JAMES COLLIN
COURTOVICH , BIRTHDATE: OCTOBER 16, 1965, SOCIAL SECURITY NUMBER: 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.
At the same ZjQcmQRYFpfptPreheaderEnd
ZjQcmQRYFpfptBannerStart
This email was sent from an external source.
⚠ Do not reply to it or click or open any links/attachments unless you are
sure of the sender's identity and the legitimacy of any links or attachments.

ZjQcmQRYFpfptBannerEnd

.

Dear Writ Department,

On November 21, 2025, I had served upon Wells Fargo Bank the attached Writ of
Attachment to freeze all accounts of JAMES COLLIN COURTOVICH , BIRTHDATE:
OCTOBER 16, 1965, SOCIAL SECURITY NUMBER:  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.  At the same time, I
also had a Subpoena for records served upon Wells Fargo Bank.

Attached is the Affidavit of Service showing service of the Writ of Attachment
and the Subpoena on November 12, 2025.

I just spoke to the Writ department and was told you have no record of the
Writ of Attachment.  I hope this is incorrect as Mr. Courtovich very well
could have removed significant funds from his Wells Fargo Banks between
November 21 and now.

Please respond immediately and let me know this is being handed on an urgent
basis as required by the attached Writ of Attachment.

Thank you for your help.

Best regards,

Charles Camp


Charles H. Camp

Law Offices of Charles H. Camp, P.C.

1055 Thomas Jefferson Street, NW

Suite M200

Washington, DC  20007

Tel    202.457.7786

Fax    202.457.7788

Cell   301.461.0283

www.CharlesCampLaw.com<https://urldefense.com/v3/__http://www.charlescamplaw.co
m/__;!!F9svGWnIaVPGSwU!pxiLMFvdmuWbXyS5xz1HF7U3vxxeZsrAcvQg0QtKPR7EFH-ZscZeS9d6
KMmAqAg_3TMAXf7_qzrgJdfRx3_7xl7H$>

[cid:cd44765d-bfa0-4774-8caf-4b59d5fd33dc@wellsfargo.com]

CO-901A
Rev. 4/10

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Woodland Drive LLC                         James Courtovich
_____                         _____

Plaintiff(s)                 vs                Defendant(s)

CIVIL ACTION NO. 1:19-CV-00750
_____

WRIT OF ATTACHMENT ON JUDGMENT
OTHER THAN WAGES, SALARY AND COMMISSIONS

To Wells Fargo Bank, N.A.
_____

1300 I ST NW, STE 105W, WASHINGTON, DC 20005
_____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on October 1, 2024 _____ in the amount of

Four Million Dollars _____ ($ 4,000,000.00 ____) and the costs amounting to $

0 _____ with interest at Ten Percent (10%) _____ % from

October 1, 2024 _____ less credits of $ 0.00 _____ .

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the <u>entire amount of the plaintiff's claims with interest and costs.</u>

Witness the Honorable Chief Judge of said Court, this 18th _____ day of November _____ , 2025 _____ .

Angela D. Caesar, Clerk

By /s/ Nicole M. Wilkens
_____
Deputy Clerk

Charles H. Camp, Esquire
_____
Attorney for Plaintiff
Law Offices of Charles H. Camp, PC
_____

1055 Thomas Jefferson St. NW, Ste. M200
_____

Washington DC 20007   Tel: 2024577786
_____
Address & Telephone Number

## INTERROGATORIES IN ATTACHMENT

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16, Section 521 (a), D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b), D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15, Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.      Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?

ANSWER _____

_____

_____

_____

_____

2.      Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?

ANSWER _____

_____

_____

_____

_____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: _____          _____

Garnishee

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Woodland Drive LLC

                 Plaintiff

                              vs.                Case No: 1:19-CV-00750 (CJN)

James C. Courtovich

                 Defendant

## DECLARATION OF SERVICE

I, Leroy Weaver, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum with Attachment and Writ of Attachment on Judgment Other Than Wages, Salary, and Commissions in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/21/2025 at 10:52 AM, I served Wells Fargo Bank, N.A. (Including Wells Fargo Home Mortgage, a Division of Wells Fargo Bank, N.A.) at 1300 I Street, NW, Washington, DC 20005 with the Subpoena Duces Tecum with Attachment and Writ of Attachment on Judgment Other Than Wages, Salary, and Commissions by serving Charleston Oliver, Branch Manager, authorized to accept service.

Charleston Oliver is described herein as:

Gender: Male    Ethnicity: Black    Age: 40    Weight: 180    Height: 6'1"    Hair: Black

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/24/2025

Leroy Weaver

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:14627210



**Wells Fargo Bank, N.A.**
Legal Services
MAC# D1111-01A
PO Box 1416
Charlotte, NC 28201

US POSTAGE ™ PITNEY BOWES

ZIP 28262   $ 001.90⁰
02 4W
0000335733 DEC 22 2025



SCREENED BY
U.S. MARSHALS
DEC 29